# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1406
Lower Tribunal No. 2024-SC-011304-O

_____

MOHAMED GHAZALL,

Appellant,

v.

JAMES GRUBB and MYRIAM GRUBB,

Appellees.

_____

Appeal from the County Court for Orange County.
Cherish Adams, Judge.

June 20, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and NARDELLA and WHITE, JJ., concur.


Mohamed Ghazall, Oviedo, pro se.

No Appearance for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED